**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 02-1329**

—————

ETHEL ROSE, on behalf of Taevon Rose,

                                        Plaintiff - Appellant,

        versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

                                        Defendant - Appellee.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Paul W. Grimm, Magistrate Judge. (CA-01-
1055-H)

—————

Submitted:  October 24, 2002        Decided:  November 8, 2002

—————

Before WILKINS, NIEMEYER, and MOTZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Ethel Rose, Appellant Pro Se.  Stephen Matthew Schenning, United
States Attorney, Divya Bharadwaja, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland; Eileen Alice Farmer, SOCIAL SECURITY
ADMINISTRATION, Baltimore, Maryland, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ethel Rose, on behalf of Taevon Rose, appeals the district court's order affirming the Commissioner's termination of children's supplemental security income benefits. We have reviewed the record and the district court's opinion and find no reversible error. We must uphold the district court's disability determination if it is supported by substantial evidence. 42 U.S.C. § 405(g) (2000); Hays v. Sullivan, 907 F.2d 1453, 1456 (4th Cir. 1990). There is substantial evidence in the record for the district court's decision to terminate benefits based upon medical improvement and lack of current disability. 20 C.F.R. §§ 416.924, 416.994a(c) (2000). Accordingly, we affirm on the reasoning of the district court. See Rose v. Barnhart, No. CA-01-1055-H (D. Md. March 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED